Order reversed and the information dismissed in the following memorandum: On the record before us, neither the stop nor the frisk of appellant was justified by reasonable suspicions on the part of the police. (Code Crim. Pro., § 180-a; Sibron v. New York, 392 U. S. 40; Terry v. Ohio, 392 U. S. 1.) Absent an articulable foundation for the entrenchment upon individual liberty and privacy which a stop and frisk entails, police suspicions remain merely ‘ ‘ hunches ’ ’ and are not reasonable within section 180-a of the Code of Criminal Procedure. (Cf. People v. Arthurs, 24 N Y 2d 688; People v. Taggart, 20 N Y 2d 335.) Accordingly, the conviction of appellant should be reversed and the information dismissed.